832 A.2d 1014

**Kenneth B. HOLTON, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.